SO ORDERED.

Dated: June 02, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11145

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-03617-RTB |
| Patricia J. Leal | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. | (Related to Docket #9) |
| Movant, | |
| vs. | |
| Patricia J. Leal, Debtor, Constantino Flores, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 28, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. is the current beneficiary and Patricia J. Leal has an interest in, further described as:

> LOT 154 OF OLD STONE RANCH - PHASE 1 ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY ARIZONA RECORDED IN BOOK 754 OF MAPS PAGE 20 AND AFFIDAVIT OF CORRECTION RECORDED AS 2005-1272317.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.